IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LABORERS' DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION FUND, et al., | : : : | CIVIL ACTION NO. 02-4436-JKG |
| Plaintiffs | : | |
| vs. | : : | |
| MASTRO MASONERY, | : : | |
| Defendant | : | |

**ORDER**

      NOW, this 23rd day of January, 2003, it appearing that service of the Complaint has not been made,

      IT IS ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure the Complaint is dismissed without prejudice as to defendant Mastro Masonery.

      IT IS FURTHER ORDERED that the dismissal will be vacated if, within 10 days of the date of this Order plaintiff shows good cause why service was not made within 120 days of the date of the filing of the Complaint.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge